UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 22, 2013

MEMORANDUM RE: Brooks-McCollum v. Aspen
Civil No. JFM-13-324

Dear Ms. Brooks-McCollum, Mr. McCollum, and Counsel:

No additional motions or oppositions to any pending motions should be filed until I have ruled upon the pending motions to dismiss.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge